441 A.2d 1210

COMMONWEALTH of Pennsylvania, Appellee,

v.

**Bernard C. JERRY, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 3, 1980.

Decided March 10, 1982.

Bernard C. Jerry, in pro per.

John Lee Brown, Jr., Asst. Dist. Atty., Beaver, for appellee.

Before O'BRIEN, C. J., and NIX, KAUFFMAN, LARSEN, FLAHERTY and ROBERTS, JJ.

### ORDER

PER CURIAM:

Judgments of sentence affirmed.